IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COHO LICENSING LLC,

    Plaintiff,

v.

GLAM MEDIA, et al.,

    Defendants.

No. C 14-01576 JSW

**ORDER REGARDING CONSENT**

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). Accordingly, the parties are hereby DIRECTED to advise the Court, no later than June 30, 2014, as to whether they consent to have Magistrate Judge Paul S. Grewal conduct all further proceedings in the instant action. For the parties' convenience, consent forms are available at http://www.cand.uscourts.gov, in the "Forms" section.

There are currently pending before this Court two requests to relate additional cases. If the parties in the above captioned matter consent, then the Court requests that Plaintiff and Defendants in the above captioned matter inquire with the defendants in those other actions to

///
///
///
///
///

determine whether they would also consent to have Magistrate Judge Paul S. Grewal conduct all further proceedings as well. If all parties consent, they should file a stipulation in each case.

**IT IS SO ORDERED.**

Dated: June 26, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2