| | |
|---|---|
| Jean G. Vidal-Font SBN 266475<br>**FERRAIUOLI LLC**<br>221 Plaza 5th Floor<br>221 Ponce de León Ave.<br>San Juan, Puerto Rico 00917<br>(787) 766-7000<br>jvidal@ferraiuoli.com<br><br>Kris LeFan, Esq. SBN 278611<br>**LOWE & ASSOCIATES, P.C.**<br>11400 Olympic Blvd., Suite 640<br>Los Angeles, CA 90064<br>Telephone: (310) 477-5811<br>Facsimile: (310) 477-7672<br>kris@lowelaw.com<br><br>*Attorneys for Plaintiff Coho Licensing LLC* | Kevin P.B. Johnson (SBN 177129)<br>Ray Zado (SBN 208501)<br>Sam Stake (SBN 257916)<br>**QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Tel: (650) 801-5000 Fax: (650) 801-5100<br>*Attorneys for Defendants Mode Media<br>Corporation (formerly Glam Media, Inc.)<br>and Ning, Inc., LinkedIn Corporation, and<br>Twitter, Inc*<br><br>Christopher Kao, Bar No. 237716<br>Brock S. Weber, Bar No. 261383<br>**PERKINS COLE LLP**<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Tel: 650.838.4300 Fax: 650.838.4350<br>*Attorneys for AOL, Inc*<br><br>Amy K. Van Zant (Bar No. 197482)<br>Thomas E. Garten (Bar No. 247122)<br>**COVINGTON & BURLING LLP**<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065-1418<br>Tel: (650) 632-4700 Fax: (650) 632-4800<br>*Attorneys for Rovi Corporation* |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| COHO LICENSING LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>GLAM MEDIA, INC. AND NING INC.,<br><br>   Defendants. | Case No: 14-cv-01576-JSW<br><br>**[PROPOSED] ORDER TO CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE BY ONE (1) WEEK FROM SEPTEMBER 5, 2014** ~~TO A NEW DATE OF SEPTEMBER 12, 2014~~ |

---

[PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case Nos.: 4:14-cv-01576-JSW; 14-cv-1577-JSW; 14-cv-1578-JSW; 14-cv-1579-JSW; 14-cv-2718-JSW; 14-cv-2128-JSW; 14-cv-2131-JSW; 14-cv-2127-JSW; 14-cv-2130-JSW; 14-cv-2132-JSW

| | | |
|---|---|---|
| 1 | COHO LICENSING LLC, | Case No: 14-cv-1577-JSW |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | LINKEDIN CORPORATION, | |
| 5 | Defendant. | |
| 6 | | |
| 7 | COHO LICENSING LLC, | Case No: 14-cv-1578-JSW |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | AOL INC., | |
| 11 | Defendant. | |
| 12 | COHO LICENSING LLC, | Case No: 14-cv-1579-JSW |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | ROVI CORPORATION, | |
| 16 | Defendant. | |
| 17 | | |
| 18 | COHO LICENSING LLC, | Case No: 14-cv-2127-JSW |
| 19 | Plaintiff, | |
| 20 | v. | |
| 21 | AOL INC., | |
| 22 | Defendant. | |
| 23 | | Case No: 14-cv-2128-JSW |
| 24 | COHO LICENSING LLC, | |
| 25 | Plaintiff, | |
| 26 | v. | |
| 27 | GLAM MEDIA, INC. AND NING INC., | |
| 28 | Defendants. | |

[PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case Nos.: 4:14-cv-01576-JSW; 14-cv-1577-JSW; 14-cv-1578-JSW; 14-cv-1579-JSW; 14-cv-2718-JSW; 14-cv-2128-JSW; 14-cv-2131-JSW; 14-cv-2127-JSW; 14-cv-2130-JSW; 14-cv-2132-JSW

| | |
|---|---|
| COHO LICENSING LLC,<br><br>    Plaintiff,<br><br>        v.<br><br>ROVI CORPORATION,<br><br>    Defendant. | Case No: 14-cv-2130-JSW |
| COHO LICENSING LLC,<br><br>    Plaintiff,<br><br>        v.<br><br>LINKEDIN CORPORATION.<br><br>    Defendant. | Case No: 14-cv-2131-JSW |
| COHO LICENSING LLC,<br><br>    Plaintiff,<br><br>        v.<br><br>TWITTER, INC.<br><br>    Defendant. | Case No: 14-cv-2132-JSW |
| COHO LICENSING LLC,<br><br>    Plaintiff,<br><br>        v.<br><br>TWITTER INC.<br><br>    Defendant. | Case No: 14-cv-2718-JSW |

[PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case Nos.: 4:14-cv-01576-JSW; 14-cv-1577-JSW; 14-cv-1578-JSW; 14-cv-1579-JSW; 14-cv-2718-JSW; 14-cv-2128-JSW; 14-cv-2131-JSW; 14-cv-2127-JSW; 14-cv-2130-JSW; 14-cv-2132-JSW

**[PROPOSED ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

- The Initial Case Management Conference(s) in these above referenced actions shall be continued to Friday, ~~September 12~~ October 17, 2014, 11:00 a.m., ~~or as soon thereafter at the Court's Convenience.~~

- The Parties shall file a Joint Case Management Statement on or before ~~September 5~~ October 10, 2014.

- All associated Alternative Dispute Resolution and Federal Rule of Civil Procedure 26(f) deadlines triggered by the Initial Case Management Conference are continued in accordance with the ~~September 12,~~ October 17, 2014 date pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

The hearing on the motion to stay in Case No. C 14-01578 is CONTINUED to September 26, 2014. There is a motion to stay pending in every related case except Case No. C 14-2127. To the extent AOL, Inc. intended to move to stay this case as well, it shall file a motion to do so expeditiously.

Dated: __August 26, 2014__, 2014

_____
**THE HONORABLE JEFFREY S. WHITE**
**UNITED STATES DISTRICT JUDGE**

---

1

[PROPOSED ORDER] TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case Nos.: 4:14-cv-01576-JSW; 14-cv-1577-JSW; 14-cv-1578-JSW; 14-cv-1579-JSW; 14-cv-2718-JSW; 14-cv-2128-JSW; 14-cv-2131-JSW; 14-cv-2127-JSW; 14-cv-2130-JSW; 14-cv-2132-JSW