United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COHO LICENSING LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GLAM MEDIA, et al.,<br><br>　　　　Defendants.<br>_____/<br><br>RELATED CASES | No. C 14-01576 JSW<br><br><br><br><br>**FURTHER ORDER REGARDING**<br>**MOTIONS TO STAY**<br><br><br>No. C 14-01577 JSW<br>No. C 14-01578 JSW<br>No. C 14-01579 JSW<br>No. C 14-02127 JSW<br>No. C 14-02128 JSW<br>No. C 14-02130 JSW<br>No. C 14-02131 JSW<br>No. C 14-02132 JSW<br>No. C 14-02718 JSW |

The Court has received the letter from Mode Media Corporation ("Mode Media") (formerly named "Glam Media Inc."), Ning Inc. ("Ning"), LinkedIn Corporation ("LinkedIn"), and Twitter, Inc. ("Twitter") (collectively "Defendants") stating that they agree to be estopped from asserting any invalidity contention that was actually raised and finally adjudicated in the IPR proceedings. The parties are admonished that all communications with the Court shall be on pleading paper, unless the Court's standing orders require a letter. Moreover, unless and until these cases are consolidated, documents must be filed in each relevant case.

Based upon the agreement by Defendants, the Court HEREBY GRANTS the motions to stay in Civil Case Nos. 14-1576 and 14-2128, Co*ho Licensing LLC v. Glam Media Inc. and*

*Ning Inc.*, Civil Case Nos. 14-1577 and 14-2131, *Coho Licensing LLC v. LinkedIn Corp.*, and Civil Case Nos. 14-2132 and 14-2718, *Coho Licensing LLC v. Twitter, Inc.* The Clerk shall ADMINISTRATIVELY CLOSE these cases.

The Court FURTHER ORDERS the parties to submit a joint status report regarding the status of the reexamination proceedings every 120 days from September 23, 2014, until the stays are lifted. The parties shall provide notice to the Court within one week of final exhaustion of all patent reexamination proceedings relating to the patents at issue, including appeals. In their notice, the parties shall request that the stay be lifted, the matter be reopened, and that a case management conference be scheduled.

**IT IS SO ORDERED.**

Dated: September 22, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE