W. PAUL SCHUCK (Cal. Bar No. 203717)
*pschuck@bzbm.com*
BARTKO, ZANKEL, BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

VICTOR G. HARDY (admitted *pro hac vice*)
*vhardy@dpelaw.com*
ANDREW G. DINOVO (admitted *pro hac vice*)
*adinovo@dpelaw.com*
STEFANIE T. SCOTT (Cal Bar No. 264314)
*sscot@dpelaw.com*
MINGHUI YANG (admitted *pro hac vice*)
*myang@dpelaw.com*
DINOVO PRICE ELLWANGER & HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

ATTORNEYS FOR PLAINTIFF
COHO LICENSING LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| COHO LICENSING LLC,<br>            Plaintiff,<br><br>     v.<br><br>GLAM MEDIA, *et al.*,<br><br>            Defendants.<br>-----------------------------------------------/<br><br>AND RELATED CASES | Case No. C 14-01576-JSW<br>Case No. C 14-01577 JSW<br>Case No. C 14-01578 JSW<br>Case No. C 14-01579 JSW<br>Case No. C 14-02127 JSW<br>Case No. C 14-02128 JSW<br>Case No. C 14-02130 JSW<br>Case No. C 14-02131 JSW<br>Case No. C 14-02132 JSW<br>Case No. C 14-02718 JSW<br><br>[~~PROPOSED~~] **ORDER GRANTING UNOPPOSED MOTION TO LIFT STAYS AND REOPEN CASES** |

1  The Court, having considered Plaintiff Coho Licensing LLC's Unopposed Motion to Lift
2  Stays and Reopen Cases, hereby ORDERS that the stays in Case Nos. C 14-01576-JSW, C 14-
3  01577 JSW, C 14-01578 JSW, C 14-01579 JSW, C 14-02127 JSW, C 14-02128 JSW, C 14-02130
4  JSW, C 14-02131 JSW, C 14-02132 JSW, and C 14-02718 JSW are lifted and said cases are
5  reopened. The Court ~~will proceed to provide a date for the~~ sets the Initial Case Management Conference.
6  on August 19, 2016 at 11:00 a.m. The parties shall submit a joint case management statement by no
7  later than August 12, 2016, addressing, inter alia, whether these related matters may be consolidated.

DATED: July 19, 2016

*Jeffrey S. White*

Hon. Jeffrey S. White
United States District Judge